THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIM BAROVIC,<br><br>               Plaintiff,<br><br>   v.<br><br>STEVEN A. BALLMER, *et al.,*<br><br>               Defendants. | CASE NO. C14-0540-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Defendants' unopposed Motion to Seal (Dkt. No. 46) is hereby GRANTED and the Clerk is directed to maintain under seal the Report of Dechert LLP on Microsoft's Failure to Deliver the Browser Choice Screen to Windows 7 Service Pack 1 Personal Computers in Europe, dated August 31, 2012.

DATED this 3rd day of August 2015.

William M. McCool
Clerk of Court

s/Rhonda Stiles
Deputy Clerk