The Honorable John C. Coughenour

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BAROVIC v. BALLMER, ET AL.<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 2:14-cv-00540-JCC<br><br>(Consolidated with Case No. 2:14-cv-00586-JCC)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SEPTEMBER 24, 2015 HEARING ON MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT** |

## STIPULATION

THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

The Court scheduled a hearing for September 24, 2015, at 10 a.m. (Dkt. No. 89) on Microsoft Corporation's motion for summary judgment (Dkt. No. 49) in the above-referenced action (the "Action");

Plaintiffs, Nominal Defendant Microsoft Corporation and the Individual Defendants (collectively the "Defendants") believe they have reached agreement on the core terms of a settlement of this Action;

Plaintiffs and Defendants have agreed to continue the hearing on Microsoft's motion for summary judgment for thirty (30) days so that the parties can fully document a settlement agreement;

STIPULATION AND [PROPOSED] ORDER CONTINUING SEPTEMBER 24, 2015 HEARING - 1
2:14-cv-00540-JCC / 2:14-cv-00586-JCC

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

1  Plaintiffs and Defendants have agreed to file with the Court a Stipulation of Settlement or a status update of this Action by October 15, 2015;

Accordingly, subject to the Court's approval, it is STIPULATED between Plaintiffs and Defendants that the hearing on Microsoft Corporation's motion for summary judgment scheduled for September 24, 2015 may be continued for thirty (30) days to a date as set by the Court. Plaintiffs and Defendants further agree to provide the Court with a status update or file with the Court a Stipulation of Settlement of this Action by October 15, 2015.

IT IS SO STIPULATED.

DATED this 22nd day of September, 2015.

BADGLEY MULLINS TURNER PLLC

s/ *Duncan C. Turner*
DUNCAN C. TURNER, WSBA 20597
Email:  duncanturner@badgleymullins.com
19929 Ballinger Way, Ste. 200
Seattle, WA 98155
Phone: 206-621-6566
Fax:  206-621-9686

Liaison Counsel for Plaintiffs

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER (admitted *Pro Hac Vice*)
BRETT D. STECKER (admitted *Pro Hac Vice*)
JAMES M. FICARO (admitted *Pro Hac Vice*)
22 Cassatt Avenue, First Floor
Berwyn, PA 19312
Telephone:  (610) 225-2677
Facsimile:  (610) 408-8062
Email: rw@weiserlawfirm.com
          bds@weiserlawfirm.com
          jmf@weiserlawfirm.com

STIPULATION AND [PROPOSED] ORDER
CONTINUING SEPTEMBER 24, 2015
HEARING - 2
2:14-cv-00540-JCC / 2:14-cv-00586-JCC

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

| | |
|---|---|
| 1 | THE WEISER LAW FIRM, P.C. |
| 2 | KATHLEEN A. HERKENHOFF |
|   | 12707 High Bluff Drive, Suite 200 |
| 3 | San Diego, CA 92130 |
|   | Phone:  (858) 794-1441 |
| 4 | Facsimile:  (858) 794-1450 |
|   | Email: kah@weiserlawfirm.com |
| 5 | Co-Lead Counsel for Plaintiffs |
| 6 | RYAN & MANISKAS, LLP |
|   | KATHARINE M. RYAN |
| 7 | RICHARD A. MANISKAS |
|   | 995 Old Eagle School Road, Suite 311 |
| 8 | Wayne, PA 19087 |
| 9 | Telephone:  (484) 588-5516 |
|   | Facsimile:  (484) 450-2582 |
| 10 | Email: kryan@rmclasslaw.com |
|   |        rmaniskas@rmclasslaw.com |
| 11 | Co-Lead Counsel for Plaintiffs |
| 12 | BERNSTEIN LITOWITZ BERGER |
|   | & GROSSMANN LLP |
| 13 | MARK LEBOVITCH (admitted Pro Hac Vice) |
| 14 | DAVID WALES (admitted Pro Hac Vice) |
|   | CHRISTOPHER J. ORRICO (admitted Pro Hac Vice) |
| 15 | 1285 Avenue of the Americas, 38th Floor |
|   | New York, NY 10019 |
| 16 | Telephone:  (212) 554-1400 |
|   | Facsimile:  (212) 554-1444 |
| 17 | Email: markl@blbglaw.com |
|   |        DWales@blbglaw.com |
| 18 |        christopher.orrico@blbglaw.com |
| 19 | Co-Lead Counsel for Plaintiffs |
| 20 | LAW OFFICE OF ALFRED G. YATES, JR., P.C. |
| 21 | ALFRED G. YATES, JR. (admitted Pro Hac Vice) |
| 22 | GERALD L. RUTLEDGE (admitted Pro Hac Vice) |
| 23 | 519 Allegheny Building |
|   | 429 Forbes Avenue |
| 24 | Pittsburgh, PA 15219 |
|   | Telephone:  (412) 391-5164 |
| 25 | Facsimile:  (412) 471-1033 |
|   | Email: yateslaw@aol.com |
| 26 | |

STIPULATION AND [PROPOSED] ORDER CONTINUING SEPTEMBER 24, 2015 HEARING - 3
2:14-cv-00540-JCC / 2:14-cv-00586-JCC

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

Additional Counsel for Plaintiffs

DAVIS WRIGHT TREMAINE LLP
STEPHEN RUMMAGE
BRENDAN MANGAN


s/ *Stephen M. Rummage*
        STEPHEN M. RUMMAGE

1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 757-8260
Facsimile: (206) 757-7260
Email: steverummage@dwt.com
       brendanmangan@dwt.com

Counsel for Individual Defendants

ORRICK, HERRINGTON & SUTCLIFFE LLP
DANIEL J. DUNNE
GEORGE E. GREER
CHARLES J. HA


s/ *Daniel J. Dunne*
        DANIEL J. DUNNE

701 Fifth Avenue, Suite 5600
Seattle, WA 98104-7097
Telephone: (206) 839-4395
Facsimile: (206) 839-4301
Email: ddunne@orrick.com
       ggreer@orrick.com
       charlesha@orrick.com

Counsel for Nominal Defendant Microsoft Corporation

CONTINUING SEPTEMBER 24, 2015
HEARING - 4
2:14-cv-00540-JCC / 2:14-cv-00586-JCC

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

1
2
3
4

### [PROPOSED] ORDER

5      PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

6      The Court, having considered the above stipulation of the parties, and good cause appearing
7 therefore, HEREBY ORDERS THAT the hearing on Microsoft Corporation's motion for summary
8 judgment scheduled for September 24, 2015 be continued for thirty (30) days.  The Clerk of the
9 Court shall set a new date for hearing consistent with this Order.  The Court HEREBY FURTHER
10 ORDERS THAT the parties will either provide a status update or file a Stipulation of Settlement
11 of this Action by October 15, 2015.

12
13   DATED: _____   _____
                                             JOHN C. COUGHENOUR
14                                           United States District Court Judge

15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND [PROPOSED] ORDER
CONTINUING SEPTEMBER 24, 2015
HEARING - 5
2:14-cv-00540-JCC / 2:14-cv-00586-JCC

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686