THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIM BAROVIC,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN A. BALLMER, et al.,<br><br>    Defendants. | CASE NO. C14-0540 JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the date of the hearing on Microsoft Corporation's motion for summary judgment (Dkt. No 90). The hearing is currently scheduled for September 24, 2015, at 10:00 a.m. (Dkt. No. 89.) Good cause having been shown, the Court hereby ORDERS the hearing continued to October 23, 2015, at 9:00 a.m.

The Court further ORDERS the parties to either provide a status update or file a stipulation of settlement of this action by October 15, 2015.

//

//

MINUTE ORDER, C14-0540 JCC
PAGE - 1

1 | DATED this 23 day of September 2015.

William M. McCool
Clerk of Court

s/Rhonda Stiles
Deputy Clerk

MINUTE ORDER, C14-0540 JCC
PAGE - 2