THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIM BAROVIC, et al., | CASE NO. C14-0540 JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| STEVEN A. BALLMER, et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to vacate the October 23, 2015 hearing and strike all pending motions (Dkt. No. 93). Good cause having been shown, the Court hereby VACATES the October 23, 2015 hearing and STRIKES the following motions without prejudice: Microsoft Corporation's motion for summary judgment (Dkt. No. 49), Microsoft Corporation's motion for phased discovery (Dkt. No. 65), and Plaintiffs' cross-motion to compel merits discovery (Dkt. No. 70).

The Court further ORDERS the parties to provide a status report by November 2, 2015 if they have not yet filed a Stipulation of Settlement by that date. If the parties provide notice that they have chosen not to settle, the Court will reopen and renote the stricken motions and

MINUTE ORDER, C14-0540 JCC
PAGE - 1

1  schedule a new hearing date.

2  DATED this 16 day of October 2015.

3  <u>William M. McCool</u>
   Clerk of Court

4

5  s/Paula McNabb
   Deputy Clerk

MINUTE ORDER, C14-0540 JCC
PAGE - 2